UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DENNIS D. McCLENDON                         CIVIL ACTION NO.

VERSUS                                      JUDGE:

RECYCLING FOUNDATION
OF BATON ROUGE, LLC                         MAGISTRATE JUDGE:

## COMPLAINT

The Complaint of DENNIS D. McCLENDON, a resident of the full age of majority of East Baton Rouge Parish, Louisiana, respectfully represents:

1.

Jurisdiction is founded herein pursuant to 28 U.S.C. §1331 (federal question) and 28 U.S.C. §1367. Venue is proper within the Middle District as the majority of the incidents sued upon herein occurred within this judicial district.

2.

Made defendant herein is Recycling Foundation of Baton Rouge, LLC, a Louisiana limited liability company doing business in East Baton Rouge Parish, Louisiana, whose registered agent for service of process is Stanley E. Cheatham, 12315 Morgan Meadow Avenue, Baton Rouge, LA 70818.

3.

This lawsuit is brought pursuant to the Americans with Disabilities Act, 42 U.S.C. 12101 *et seq.*, and Louisiana Employment Discrimination Law, La. R.S. 23:301 *et seq.*

4.

In February, 2011, Complainant was hired by Recycling Foundation of Baton Rouge, LLC as a laborer.

5.

At all times pertinent hereto, Complainant was an "employee" of Recycling Foundation of Baton Rouge, LLC within the meaning and intent of Louisiana and Federal law.

6.

At all times pertinent hereto, Recycling Foundation of Baton Rouge, LLC was the "employer" of Complainant within the meaning and intent of Louisiana and Federal law, and upon information and belief, employed between 200 and 500 employees.

7.

Complainant has epilepsy. In February 2011, Complainant suffered a seizure while on the job. In March, 2011, Complainant made a request to Stanley Cheatham, Manager, for a reasonable accommodation so that he could continue working. In May 2011, Complainant was discharged by Stanley Cheatham and was told he was being discharged because of his disability.

8.

On or about July 6, 2011, Complainant filed a charge of discrimination with the Equal Employment Opportunity Commission by submitting a completed Intake Questionnaire. Complainant received a Notice of Right to Sue dated September 13, 2012.

9.

Defendant refused to undertake any good faith effort to engage in the interactive process and failed to provide any reasonable accommodation to Mr. McClendon.

10.

Defendant discharged Mr. McClendon because of his disability.

11.

Defendant retaliated against Mr. McClendon because he asserted his rights under the ADA and requested reasonable accommodation.

12.

Defendant is *respondeat superior* liable under Louisiana law for the unlawful conduct of its employees described herein.

13.

Defendant acted with malice and reckless indifference to the federally protected rights of Complainant, and thus, Complainant is entitled to an award of punitive damages.

14.

As a result of the incidents sued upon herein, Complainant is entitled to and seeks all damages described herein, including without limitation:

   a)   Severe emotional and mental anguish, anxiety, depression, humiliation, embarrassment and loss of enjoyment of life;

   b)   Past and future medical expenses;

   c)   Past and future lost wages and benefits;

   d)   Punitive damages; and

   e)   All costs and attorney's fees incurred in the prosecution of this matter.

15.

Complainant is entitled to and requests a trial by jury.

WHEREFORE, Complainant, Dennis D. McClendon, prays that after all legal delays and due proceedings are had, that judgment be rendered in Complainant's favor and against defendant Recycling Foundation of Baton Rouge, LLC, for all such damages, including punitive damages, as are reasonable under the premises, attorney's fees, all costs of these proceedings, interest thereon from the date of judicial demand until paid, and all such other relief to which Complainant is entitled at law or in equity.

Respectfully submitted:

/s/Robert L. Campbell
Robert L. Campbell - La. Bar Roll No. 27986
WILLIAMSON, FONTENOT & CAMPBELL, LLC
343 Royal Street
Baton Rouge, LA 70802
Telephone: (225) 383-4010
Facsimile: (225) 383-4114
robb@lawyerbatonrouge.com

*Attorney for Complainant Dennis D. McClendon*