UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DENNIS D. McCLENDON | CIVIL ACTION NO. 12-769 |
| VERSUS | JUDGE SHELLY D. DICK |
| RECYCLING FOUNDATION OF BATON ROUGE, LLC | MAGISTRATE JUDGE STEPHEN C. RIEDLINGER |

## MOTION FOR DISMISSAL

NOW INTO COURT, through undersigned counsel, comes the plaintiff, Dennis D. McClendon, who upon showing the court that all claims herein have been compromised and settled, respectfully moves the court for an order dismissing this suit, with prejudice.

Respectfully Submitted:

WILLIAMSON, FONTENOT & CAMPBELL, LLC
343 Royal Street
Baton Rouge, LA 70802
(225) 383-4010

_____
ROBERT L. CAMPBELL - BAR #27986

## CERTIFICATE

I hereby certify that this Motion for Dismiss has been served on all counsel of record by operation of the Court's electronic filing system, this 7th day of March, 2014.

_____
Robert L. Campbell