UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DENNIS D. McCLENDON | CIVIL ACTION NO. 12-769 |
| VERSUS | JUDGE SHELLY D. DICK |
| RECYCLING FOUNDATION OF BATON ROUGE, LLC | MAGISTRATE JUDGE STEPHEN C. RIEDLINGER |

### ORDER OF DISMISSAL

**CONSIDERING** the *Motion for Dismissal*[1] filed by Plaintiff in the above captioned matter;

**IT IS HEREBY ORDERED** that all of Plaintiff's claims are dismissed with prejudice and each party to bear its own costs.

Baton Rouge, Louisiana the 7 day of March, 2014.

*Shelly D Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 9.